IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 14-cv-01846-WYD

WHITNEY L. SUTTON,

    Plaintiff,

v.

DESTINI ANN LEASE,

    Defendant,

v.

VA MEDICAL CENTER,

    Garnishee.

_____

**ORDER**
_____

THIS MATTER is before the Court on garnishee, VA Medical Center's, Unopposed Motion To Remand [ECF No. 9]. After careful consideration, it is

ORDERED that the motion [ECF No. 9] is **GRANTED** and this action is **REMANDED** to Mesa County Small Claims Court. It is

FURTHER ORDERED that plaintiff, Whitney L. Sutton's, Motion To Withdraw Default Judgment is **DENIED AS MOOT**.

Dated: July 18, 2014.

                BY THE COURT:

                /s/ Wiley Y. Daniel
                Wiley Y. Daniel
                Senior U. S. District Judge